Clay M. Taylor
State Bar I.D. No. 24033261
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

**ATTORNEYS FOR APPELLANT JAMES DONDERO**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054 |
| | § | |
| Debtor. | § | Chapter 11 |

| | | |
|---|---|---|
| JAMES DONDERO, | § | |
| | § | |
| Appellant. | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-01979-S |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Appellee. | § | |

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS**

James D. Dondero ("Appellant"), the appellant in the above-referenced matter, pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas, hereby files this Certificate of Interested Persons and certifies that the following persons and entities may be financially interested in the outcome of this appeal:

1.   Appellee Highland Capital Management, L.P., the Reorganized Debtor (the "Reorganized Debtor") in the bankruptcy case captioned In re Highland Capital Management,

L.P., case no. 19-34054-sgj11, pending in the United States Bankruptcy Court of the Northern District of Texas. Counsel for Reorganized Debtor-Appellee is the firm of Pachulski Stang Ziehl & Jones LLP. The Highland Claimant Trust and the Litigation Sub-Trust, two vehicles created pursuant to the Reorganized Debtor's confirmed plan of reorganization, may also be financially interested in the outcome of this appeal.

2.James Dondero as the Appellant in this appeal. Mr. Dondero's counsel is the law firm of Bonds Ellis Eppich Schafer Jones LLP and Vedder Price P.C.

3.The Charitable DAF Fund, L.P., CLO Holdco, Ltd., Mark Patrick, Sbaiti & Company, PLLC, Mazin A. Sbaiti, and Jonathan Bridges, who are appellants in a related appeal of the same order pending under civil action number 3:21-cv-01974-X. Counsel for appellants in that appeal and certain of the appellants before the bankruptcy court is the law firm of Sbaiti & Company PLLC. Counsel for Mark Patrick before the bankruptcy court was the law firm of Kelly Hart Pitre.

Appellant reserves the right to amend or supplement this certificate as and if necessary or appropriate.

Dated: September 23, 2021Respectfully submitted,

/s/ Bryan C. Assink
Clay M. Taylor
State Bar I.D. No. 24033261
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: clay.taylor@bondsellis.com
Email: bryan.assink@bondsellis.com

-and-

        Michael M. Eidelman
        Douglas J. Lipke
        Thomas P. Cimino, Jr.
        William W. Thorsness
        David L. Kane
        Vedder Price P.C.
        222 North LaSalle Street, Suite 2600
        Chicago, Illinois 60601
        (312) 609-7500 telephone
        (312) 609-5005 facsimile

        **ATTORNEYS FOR APPELLANT JAMES DONDERO**

## CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that, on September 23, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on counsel for Appellee Highland Capital Management, L.P. and on all other parties requesting or consenting to such service in this case.

        */s/ Bryan C. Assink*
        Bryan C. Assink