UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE CHARITABLE DAF FUND LP; CLO HOLDCO LTD; MARK PATRICK; SBAITI & COMPANY PLLC; MAZIN A SBAITI; and JONATHAN BRIDGES,<br><br>*Appellants,*<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT LP,<br>*Appellee.* | Civil Action No. 3:21-CV-01974-X |

## ORDER CONSOLIDATING APPEALS

After considering the parties' *Joint Motion to Consolidate Bankruptcy Appeals, Conform Briefing Schedules, and Extend Time for Appellants to File Opening Briefs* [Doc. No. 10], the Court **GRANTS** the motion and consolidates Case No. 3:21-CV-01974-X with Case No. 3:21-CV-01979-S. The Court **ORDERS** that these appeals be merged into one case under Case No. 3:21-CV-01974-X and that all future filings be under Case No. 3:21-CV-01974-X.

Appellants opening briefs are due no later than December 13, 2021.

**IT IS SO ORDERED** this 25th day of October 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE